UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD ROSS,

        Plaintiff,

vs.

        Case No. 12-CV-13387

        HON. GEORGE CARAM STEEH

WELLS FARGO BANK, N.A.,
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS,
PEOPLE'S CHOICE HOME
LOAN, INC.,

        Defendants.
_____/

ORDER STRIKING COMPLAINT (DOC. # 17)

The court recently issued an order granting defendants' motion to dismiss in this matter. Judgment has been entered in favor of defendants. It appears that the same day the court took those actions, *pro se* plaintiff Gerald Ross filed an amended complaint in this case, docketed two days after entry of the dispositive order.[1] Ross did not seek leave of court to file said complaint; however, the court also notes that the amended pleading would not have changed its analysis of the motion to dismiss. For these reasons, the court hereby STRIKES Ross's amended complaint (Doc. # 17).

**IT IS SO ORDERED**.

Dated: January 22, 2013

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

---

[1] The document itself lists case no. 12-13473, the companion case that was transferred to the docket of the undersigned and consolidated with case no. 12-13387. Because no post-consolidation filings were permitted in case no. 12-13473, the document was filed as docket # 17 in case no. 12-13387.

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and
Gerald Ross, 19191 Trinity, Detroit, MI 48219 on
January 22, 2013, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk